## ALEXANDER J. VROMAN AND OTHERS, RESPONDENTS, *v.* THE AMERICAN MERCHANTS' UNION EXPRESS COMPANY, APPELLANT.

*Common carrier — failure to deliver goods within a reasonable time — damages for — measure of — Stipulation in receipt, limiting liability — effect of.*

The defendant received merchandise at Syracuse, to be delivered in Chicago, from the plaintiffs, who took a receipt therefor containing a stipulation that the defendant would not be responsible for loss or damage to the goods beyond an amount therein specified. Through the negligence of the defendant the goods, which should have been in Chicago by December fifteenth, were not delivered until early in January, when the consignee refused to accept them. The plaintiff being unable to sell the goods in Chicago, had them shipped back to Syracuse.

In an action to recover for the negligence of the defendant in failing to deliver the goods within a reasonable time, *held* (1), that, as the action was for negligence in delivering, and not for loss of or damage to the goods, the amount of the recovery was not limited by the stipulation in the receipt; (2), that, as it appeared that the goods had no market value at Chicago, the place of manufacture was properly resorted to for the purpose of determining their value. (Sedg. on Dam. [6th ed.], 334, 426, 583, and note.)

APPEAL from a judgment in favor of the plaintiffs, entered upon the report of a referee.

*Franklin D. Locke*, for the appellant.

*Hunt & Weaver*, for the respondents.

Opinion by GILBERT, J.

Judgment affirmed.